IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-496-R |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is the July 13, 2020 Report and Recommendation issued by Magistrate Judge Shon T. Erwin, wherein he recommends that this case be dismissed without prejudice because Petitioner failed to either pay the $5.00 filing fee or to seek leave to proceed in forma pauperis, as set forth in an Order entered by Judge Erwin on June 8, 2020. (Doc. Nos. 4 and 5).  The record reflects that Petitioner has neither objected to the Report and Recommendation within the time limits contained therein, sought an extension of time in which to object, nor has he complied with Judge Erwin's June 8, 2020 Order.  Accordingly, the Court hereby adopts the Report and Recommendation and DISMISSES this action without prejudice.

IT IS SO ORDERED this 7th day of August 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE